In the Matter of the Claim of MARGARET LEVY, Respondent, against WORLD-TELEGRAM et al., Appellants.
STATE INDUSTRIAL BOARD, Respondent.

In the Matter of the Claim of MARGARET LEVY, Respondent against WORLD-TELEGRAM ,et al., Appellants.
STATE INDUSTRIAL BOARD, Respondent.

Submitted March 7, 1939; decided April 11, 1939.

*Albert P. Thill* and *John P. Smith* for appellants.
*James Harte Levenson* for respondent.

In both proceedings; appeal dismissed, without costs, on the ground the order appealed from is not a final order. No opinion. (See 280 N. Y. 812.)

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.